### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MARYLAND

Clyde Peterson (6-12-1970)

489325/1134518

E.C.I.-W

30420 Revells Neck Rd.

Westover, Md 21890

*(Full name, date of birth, identification #, address of petitioner)*
**Plaintiff,**

FILED _____ ENTERED
_____ LOGGED  IM  RECEIVED

DEC 1 0 2024

GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND

BY _____ DEPUTY

v.

Prime Care Medical, Inc

3940 Locust Lane

Harrisburg, P.A. 17109

(Please see attached)

*(Full name and address of respondent)*
**Defendant(s).**

Case No.: _____
*(Leave blank. To be filled in by Court.)*

### COMPLAINT

I. Previous Lawsuits

   A. Have you filed other cases in state or federal court dealing with the same facts as in this case or against the same defendants?

      YES ☐    NO ☑

   B. If you answered YES, describe that case(s) in the spaces below.

     1. Parties to the other case(s):

       Plaintiff: _____

       Defendant(s): _____

     2. Court (if a federal court name the district; if a state court name the city or county):

       _____

In the United States District Court For the District of Maryland

Clyde Peterson (6-12-1970)
489325/1134518
E.C.I-W
30420 Revells Neck Rd.
Westover, Md 21890



FILED          ENTERED
_____          ____ RECEIVED

DEC 10 2024

U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY                    DEPUTY

Plaintiff
V.                          Case No:

Prime Care Medical, Inc.
3940 Locust Lane
Harrisburg, P.A. 17109

Prime Care Medical, Inc. employees
Zachary Rottman, MD
Erlande Pierre Saint, FNP
Teresa Beddow, AA
Ceirra Reynolds, RN
Kari White

Charles County Detention Center
Correctional Officer Evitts
6905 Robert S. Crain HWY.
LaPlata, Md 20646

Charles County Detention Center
Correctional Officer SGT. Craig
6905 Robert S. Crain HWY.
La Plata, Md 20646

Defendants

3. Case No.: _____

4. Date filed: _____

5. Name of judge that handled the case: _____

6. Disposition (won, dismissed, still pending, on appeal): _____

_____

7. Date of Disposition: _____

II. Administrative Proceedings

A. If you are a prisoner, did you file a grievance as required by the prison's administrative remedy procedures?

YES ☑    NO ☐

1. If you answered YES:

a. What was the result?  no response _____

_____

b. Did you appeal? _____

YES ☐    NO ☑

2. If you answered NO to either of the questions above, explain why: I was transfered from Detention Center to Maryland Division of Corrections; Sick calls and remedy enclosed

III. Statement of Claim
(Briefly state the facts of your case. Include dates, times, and places. Describe what each defendant did or how he/she is involved. If you are making a number of related claims, number and explain each claim in a separate paragraph.)

On October 19, 2021 I was detained at the Charles County Detention Center in Laplata, Md. I was already recovering from a Right Knee injury that I incurred on July 13, 2021. Because of this I wore a leg brace (hinged) that was provided by my ortho-pedic Surgeon Dr. Adams

Who performed my First surgery in July 2021.

The First PrimeCareMedical, Inc employee I encountered was Erlande PierreSaint, FNP who took computer notes while she interviewed me (10-20-2021 1:24 pm) I informed her that I was scheduled for a second surgery on November 2, 2021. I was curious if I would be able to have the second surgery while being detained and get the treatment I would need after the surgery to my knee. Erlandes PierreSaint, NP told me that she would have to seek approval from her bosses and the Detention Center Officials to have my Orthopedic Surgeon Dr. Adams perform the scheduled second surgery. The interview ended with me telling her how my knee condition limited my daily life and the pain I was in because of it.

I also saw Dr. Zachary Rottman,

MD on 10-20-2021 approx 1:58 pm and like Erlandes PierreSaint, FNP, he entered notes into a computer as I told him exactly what I told her (see pages 106,107,517 attached medical records from PrimeCareMedical, Inc).

After writing a sick call informing the medical department the pain I was dealing with concerning my Right Knee, I learned that on 12-01-21 Erlande Pierre Saint, FNP at approx 10:20 am talked to my Orthopedic Doctor Dr. Adams and he informed her "this surgery cannot be delayed and needed to happen already due to stiffness that will get worse in time" (see page 485 for notes input by Erlande PierreSaint, FNP).

On December 16, 2021 approx 6:00 am I was transported by Charles County Detention Center transport officers to Washington Hospital Center in Washington, DC

to have the second surgery on my Right Knee (irrigation and debridement with ORIF of right patella arthroscopic lysis of adhesions and manipulation under anesthesia). After awakening in the post-op recovery unit the attending nurse gave the transport officers discharge paperwork and hand-written post-op instructions from Dr. Adams. Among other instructions he stated "Physical therapy starting 12/17 for agressive Knee ROM" (Range of Motion). Once I was back at CCDC the transport officers gave all my medical paperwork to the attending nurse. It should be noted that PrimeCareMedical, Inc and its employees were now following the prescribed orders of Dr. Adams.

Starting the next day I started to see PrimeCareMedical, Inc employees concerning my Knee, the pain I was experiencing, my prescribed hinged Knee brace, why I haven't

started prescribed Physical therapy, and my asthma among other things. After surgery on my own accord I started trying excercises I learned from my Physical therapy sessions months before I was detained at CCDC. Dr. Adams told me how grueling physical therapy would be after this second surgery so in my mind I thought I was preparing myself for the difficult road ahead. However, I knew it would not substitute actually working with a physical therapist. On my many interactions with PrimeCare Medical, Inc employees I repeatedly asked why I wasn't going to physical therapy, which was either ignored or I was told it is being scheduled. As this delay or denial went on my Right knee condition became stiff despite my daily exercises (see CCDC Cloud video security). Thru Follow-up visits with Dr. Adams he expressed

concern and disappointment I never started Physical therapy. After many months of PrimeCare Medical employees ignoring Dr. Adams prescribed orders and going outside of their medical purview I was taken to Physical therapy in September 2022 approx 10 months after knee surgery. However, after that consultation with Physical therapist company it was too late. Herein lies my claims enclosed with exhibits, medical records, notes, and subsequent report from a second physical therapist once I was committed to Maryland Dept of Corrections.

As of this writing I still have Chronic pain in my Right Knee, my right hip and lower back has continued to get worse as time has gone along, and my right Foot blood circulation is poor whenever I try to sleep, sit down, or use the bathroom. I can only sit for a

short period of time.

## Claims

1. On 12-21-2021 approx 12:30pm I met with PrimeCareMedical, Inc employee Erlande PierreSaint, FNP to talk about my Knee and change my wound dressing. I immediately asked her about physical therapy and she told me "Teresa was scheduling it (at this point in time I didn't Know who Teresa was or what she does, but every person I asked about my physical therapy would bring her name up). On 1-11-2022 approx 10:18am I met again with Erlande PierreSaint, FNP about my First Follow up visit the day before (1-10-2022) with Dr. Adams. (Note; my Follow up visit with Dr. Adams was scheduled by Teresa Beddow, AA, but my Physical Therapy that Dr. Adams instructed PrimeCareMedical, Inc that I needed was not scheduled). I let her Know Dr. Adams asked me "why haven't you started Physical Therapy?" and I told him

they said they were "scheduling it".
He replied, "you need to be working
with a physical therapist". I let
her know he gave me some
alternative exercises until I
started physical therapy. She
went on to say "I have to
double check with Teresa". I also
informed her of the pain I was
experiencing when my hinged
knee brace was wrongly taken
from me the day before. I asked
her if she read the Physicians
report that Dr. Adams sent back
and she replied "yes" I then asked
her "where in his instructions did
he say I no longer needed my
knee brace?" She didn't answer my
question, but said "I will call him")
I told her he said I no longer
needed the wound dressing and
ace bandage because the surgical
incision had healed. However, this
made no sense to her. On 1-18-2022
approx 1:31pm I again met with

Erlande Pierre Saint, FNP complaining about not going to Physical therapy and the need of my knee brace. At this point in time I started to sense my medical needs were intentionally being ignored. Prime Care Medical, Inc manifestly were taking instructions from my orthopedic doctor Dr. Adams, but they were ignoring them. I asked her again about my Physical therapy and again I was told "Teresa is scheduling it" and this time I replied "Y'all are taking people to physical therapy that didn't even have surgery" I got no reply to that statement. I then asked her to let me have my knee brace back until she talks to Dr. Adams and she told me "I can't". I tried again saying "What will it hurt to give me my knee brace back until you talk to my

doctor" again she said "I can't".
This was now 8 days after my
knee brace was wrongly taken
by C.D. Evitts and Teresa Beddow,
AA and approx 30 days after
surgery. I also let Erlande
PierreSaint, FNP know that
my knee was starting to stiffen
back up like it was before
the last surgery. On 3-1-2022
approx 1:10pm Defendant Erlande
PierreSaint, FNP met with me again
after another follow-up visit with
Dr. Adams. I let her know how
disappointed Dr. Adams was that I
still had not started Formal Physical
Therapy. His statement to me was
"I can't understand why they
approved you to have the surgery if
they were not going to provide the
routine care after" I replied they
continue to say it is being scheduled"
and he replied "It makes no sense
to bring you all the way to D.C. to
see me and they haven't followed

my instructions to date". He told me to continue with the excercises he taught me in the past, but I need Formal Physical Therapy. (see exhibits #7 and #8). The Follow up visit ended and I was transported back to Charles County Detention Center with the PrimeCare Medical, Inc own referral form that Dr. Adams filled out again and was ultimately ignored by PrimeCare Medical, Inc employees. As we talked about the Follow up visit with Dr. Adams, she was taking notes on a computer. I asked her about Physical Therapy and this time she replied "you are supposed to do exercises on your own" my reply was "I have been exercising on my own as best I can since the night I returned from surgery" I went on "everytime we have met I have asked you about physical therapy and you have never said what you just said to me, what you did

say repeatedly is "Teresa is scheduling it" and Dr. Adams has sent you all written instructions after surgery and all my follow up visits that I need physical therapy" (see exhibits #1, #2, #3 #7, #8 #12 and pages 244, 281, 295, 318, 381, 486, 517, 518, 519, 520 of PrimeCareMedical, Inc patient medical records). These exhibits and computer notes contradict her statement, because she signed acknowledging she read instructions from Dr. Adams. By this time now the condition of my right side from my hip to my foot was in chronic pain and I started to feel extremely defeated, because the prescribed care I needed was being ignored. On 8-11-2022 approx 12:30pm I met with Erlande PierreSaint, FNP for a prescheduled Asthma check-up, however she told me they (medical staff, Detention Center administration) wanted to move me from med3 (med3 was a defacto medical unit that housed detainees with medical

issues, detainees on Suicide watch, and general population detainees). I asked her about my Physical therapy and she replied "You want to go to physical therapy?" I replied "you can't be serious, I have asked you about physical therapy since I came back from surgery in December and Dr. Adams has sent written instructions on different occasions that I needed Physical Therapy" she replied "I have to talk to the doctor (PrimeCare Medical, Inc Doctor) and "Teresa" I replied "you have said this before".

Erlande Pierre Saint, FNP violated Plaintiffs Eighth Amendment rights by failing to provide me with manifestly necessary physical therapy for his right knee in contravention of the discharge instructions and follow up visit instructions received from my orthopedic surgeon. Her denial/delay from prescribed treatment caused scar tissue to build back up

and stiffen my right knee, caused poor circulation in my right foot, caused right hip pain from withholding my prescribed hinged knee brace, and caused chronic lower back pain. She also violated the eighth amendment right to be free from cruel and unusual punishment by withholding my hinged knee brace without reason. She is sued in her Official and Individual Capacity.

2. On 1-10-2022 approx 7:00am instead of being scheduled for the physical therapy I manifestly needed by the physical therapist that PrimeCare Medical, Inc contracted with, located across the street from Charles County Detention Center I was transported to Washington Hospital Center for my first follow-up visit with Dr. Adams. Two officers escorted me there, one being Defendant OFC. Evitts. During the visit with Dr. Adams he emphasized the importance of physical therapy and asked me "why haven't I started Physical therapy?" I told him they said they were "scheduling it". He gave me some simple exercises until I started Physical therapy. Before leaving he told me to continue with my hinged knee brace since it helps me walk better and relieves pain, but that I no longer needed the wound dressing and ace bandage, because my incision from surgery had healed. It must be noted that Dr. Adams never conversed with the two transport officers about my medical condition. PrimeCare Medical, Inc sends

a Form For the attending Physician to Fill out and return to PrimeCare Medical, Inc employees at CCDC (see exhibit #2 and #8). He reiterated my need For aggressive Physical therapy. Once back at the Detention Center I was escorted back to the medical department and OFC. Evitts gave the Physicians Report to Teresa Beddow, AA and he then told her "the doctor said he doesn't need the Knee brace anymore". This was less than a month after surgery with no physical therapy and my Knee condition was worsening (See exhibit #2). I told them both that "he did not say anything about me not needing the Knee brace" he said "I no longer needed the wound bandages and ace bandage, because the incisions From surgery had healed". I told them to check the physicians report or Just call my doctor to conFirm. They relied on the word of OFC. Evitts who was absolutely wrong. He had no purview or medical training or Knowledge to make decisions concerning my prescribed treatment.

OFC. Evitts and Teresa Beddow, AA actions constitute deliberate indifference to Plaintiffs serious medical needs which subjected me to Cruel and Unusal Punishment in Vidation of the Eighth Amendment. (See page 488 and Exhibits #2 and #3). They are sued in their Official and Individual capacity. The impact of their deliberate indifference directly affected the recovery of my surgically repaired knee, not having the support of my hinged knee brace caused chronic pain in my Right Foot, Knee and Knee cap, Right hip, and lower back.

3. On 1-27-22 approx 12:30pm PrimeCare Medical, Inc. employee and Head Administrative nurse Ceairra Reynolds, RN came to the 'defacto' medical unit I was housed in and gave me back my Knee brace. Dr. Adams nurse Carolyn Tadiarca, RN Faxed a letter to CCDC telling them I can have my Knee brace (see exhibit #6). It should be noted the language used in the letter as proof of how Prime CareMedical, Inc and its employees ignored Dr. Adams written instructions as to my prescribed care. Ceairra Reynolds, RN over saw the nurses and medical Files. When she gave me my Knee brace back I stated to her "you all could have let me have this brace until you had confirmation from Dr. Adams, I am the patient and no one knows better than me what he said" I then asked her "what is going on with my Physical therapy?" her reply was "you were suppose to have Physical therapy?" "I have to check with Teresa" I replied "all you have to do is check my

discharge instructions and the follow up visit instructions". She never came back to give me an answer or call me to the medical department to explain why I never started Physical therapy. This was more than mere negligence on her part my medical treatment Fell under her purview it her her Job to make sure I receive the prescribed treatment to facilitate improvement in my Knee after surgery. Being a Registered nurse she had Knowledge both of the general risk of them taking my Knee brace and not Facilitating Physical therapy and also that the conduct is inappropriate in light of that risk. Her deliberate indifference went beyond negligence and demonstrated a reckless disregard for the risk presented. She violated my Eighth Amendment rights by failing to provide me with manifestly necessary physical therapy for his Right Knee in contravention of the discharge instructions received From my orthopedic surgeon Dr. Adams. She is sued in her Official and

Individual capacity.

4. On 8-29-2022 approx 12:00pm Prime Care Medical, Inc employee Kari White and SGT. Craig came to the defacto medical unit with a new sleeved "Kneebrace" to replace my medically approved hinged knee brace. It should be noted I still had not had a physical therapist consultation, I wasn't evaluated by my orthopedic doctor Dr. Adams or Prime Care Medical, Inc doctor Dr. Zachary Rottman, or Erlande PierreSaint, FNP. By this time, my knee was in the same condition or worse than before the surgery in December. I had minimal flexion, I had chronic pain from my right hip and lower back down to my right foot. I told both Kari White and SGT. Craig that the new brace was "inappropiate and too small and would aggravate my knee", because it had a rubber donut-like cushion that covered my knee-cap. My knee cap was very sensitive, because I have a screw holding my knee cap together. They replied "it's either the new brace or nothing", I replied "it doesn't support my knee like I need nor

does it help with my hip or back pain". To no avail they took my doctor approved knee brace without any consultation before hand. Kari White and SGT. Craig both acted with deliberate indifference and violated my Eighth Amendment right to be Free from "unnecessary and wanton infliction of pain" by virtue of its guarantee against cruel and unusual punishment. Kari White nor SGT. Craig had the training or medical knowledge to make a medical decision concerning my knee. As evidence from Prime Care Medical, Inc medical records and notes no doctor requested them to make this change nor was an evaluation conducted by the medical staff that make these decisions to see what would be the appropiate change if any. This was reckless and out of Kari White and SGT. Craig purview. They are sued in their Official and Individual capacity. Their actions aggravated the poor condition my whole right hip, lower back, knee, and foot was already in (see PrimeCareMedical, Inc

medical records and exhibit #9, #10).



5. On 8-30-2022 approx 2:50pm Plaintiff met with Defendant Dr. Zachary Rottman, DO concerning the condition of Plaintiffs right knee and why Plaintiffs hinged knee brace was taken without being evaluated by a doctor or consultation with Plaintiffs Orthopedic Doctor Dr. Adams. It should be noted that Defendant Dr. Zachary Rottman, DO was the 'Referring Physician' on all Physicians Reports that were Filled out by Dr. Adams and returned to PrimeCareMedical, Inc doctors and nurses at Charles County Detention Center (see Exhibit #2 and #8). Defendant Dr. Zachary Rottman, DO previously met with Plaintiff on 10-20-21 and 8-2-22 (see pages 107, 520, 521), Plaintiff also specified on sick call he wanted to see Doctor. On this day 8-30-22 approx 2:50pm Defendant Dr. Zachary Rottman, DO was not keeping up with Plaintiffs condition or well-Fare. I had Just met with

Defendant Dr. Zachary Rottman, DO on 8-02-2022, and although the sick call I wrote concerned "Constant headaches and need a mouth guard, because I'm grinding my teeth when I sleep" I also noted on the "sick call" "I wanted to see 'M.D. not nurse'" I said that because I never got a straight answer from the nurses. On the 8-02-2022 interaction with Defendant Dr. Zachary Rottman, DO I complained to him that the headaches and teeth grinding I was experiencing can be attributed to the pain I was experiencing from the condition of my Right Knee, Right hip, lower back, and the poor circulation in my right foot. I complained to him about not ever going to physical therapy as Dr. Adams prescribed and the run around I was getting with the nurses. As I talked he put notes into the computer (see pg 520 PrimeCareMedical, Inc

medical records). As he took notes he did not acknowledge my complaints, but he did approve for me to get a "mouth guard" to alleviate me grinding my teeth when I sleep. The interaction with Defendant Dr. Zachary Rottman, DO on 8-30-2022 was concerning because the impression I got from him was he had no idea my condition was as bad as it was, he had no idea the nurses made the decision to take my hinged knee brace without consultation with him or my doctor Dr. Adams, and he had no idea I never got physical therapy. He started to ask questions to Defendant Fatu Turay, LPN about who made the decision to change my knee brace, which she was evasive about. He then asked her "when was the last time I saw or when was the last time someone from the medical department talked to Dr. Adams?" Defendant Fatu Turay,

LPN, replied "the transport officer said "Dr. Adams said he no longer needed to see me" (Paraphrase). Defendant Zachary Rottman, DO asked her for the Physicians Report that Dr. Adams Filled out and sent back from my last visit. Defendant Fatu Turay, LPN replied "Teresa has it" and he asked her to get it. When Defendant Fatu Turay, LPN left to go get "Teresa" (Defendant Teresa Beddow, AA) I told Defendant Zachary Rottman, DO that Dr. Adams never said he didn't need to see me again, what he said was "he didn't know what else to do be-cause the lack of Physical therapy is the reason my knee didn't im-prove". Defendant Fatu Turay, LPN walked with Defendant Teresa Beddow, AA from "Teresa's" admini-strative office into the nurses office and I voiced out loud to Defendant Zachary Rottman, DO "she is telling her what to say" meaning

Defendant Fatu Turay, LPN was telling Defendant Teresa Beddow, AA how to respond if Defendant Zachary Rottman, DO asked her the same question he already asked Fatu Turay, LPN. When they eventually came into the room where Defendant Zachary Rottman, DO and I were waiting, Defendant Zachary Rottman, DO asked Defendant Teresa Beddow, AA why haven't I seen my doctor Dr. Adams, Defendant Teresa Beddow replied "the transport officer said that Dr. Adams said he didn't need to see me (Plaintiff) anymore". Defendant Zachary Rottman then asked Defendant Teresa Beddow for the Physicians Report that Dr. Adams filled out and returned, once she handed the paper to Defendant Zachary Rottman, DO he read it and then asked Defendant Teresa Beddow, AA "where does it say he didn't need to see him anymore?" to which she had no

answer (see Charles County Detention Center Cloud security video for confirmation of this interaction with these PrimeCare/Medical, Inc employees and all other interactions referenced in this lawsuit). This interaction ended with Dr. Zachary Rottman, DO telling the nurses to give me back my hinged knee brace, that he was going to call Dr. Adams, and scheduled me to see the Physical Therapist (see page 521 of PrimeCare Medical, Inc medical records). When I saw Dr. Zachary Rottman, DO on 8-02-22 he put notes in the computer "normal gait" meaning I was walking normal which couldn't be farther from the truth. I first encountered Dr. Zachary Rottman, DO on 10-20-21 approx 1:58pm and like Erlande PierreSaint, FNP he saw and notated the condition my knee was in (see pages 106,107,517,520, 521 of PrimeCareMedical, Inc medical records). He is also the referring Physician on the PrimeCareMedical, Inc referral form and Physician's report that my follow-up visit instructions from Dr. Adams were wrote on. It was

Dr. Zachary Rottman, DO job to follow-up with PrimeCare Medical, Inc patients, review medical records, prescribe treatment, and make sure instructions for specific patients are followed. He was aware of my serious medical needs and along with his colleagues, they acted with more than mere negligence and deliberate indifference. My Eighth Amendment rights were violated and this has led to me being disabled and reduced my quality of life. My right knee has minimal flexion, my right hip has constant chronic pain from compensating when I walk, my lower back has chronic pain, and poor circulation in my right foot. My right leg is half the size of my left leg. I cannot sit comfortable, use the toilet without difficulty, and I get poor sleep. There is no recorded reason why my physical therapy was ignored and that responsibility started with Dr. Zachary Rottman, DO. He is sued in his official and individual capacity.



6. 14. On the dates between 12-16-21 and 8-30-22 at various times Plaintiff met with multiple PrimeCareMedical, Inc employees named in this law-suit as Defendants and interacted with multiple correctional officers named in this lawsuit as Defendants that absolutely knew or ~~was~~ made aware of the pain and difficulties Plaintiff was going thru concerning his Right Knee (see pages 107, 139, 229, 240, 244, 281, 295, 318, 381, 472, 473, 476, 477, 478, 479, 480, 481, 482, 485, 486, 488, 489, 517, 518, 519, 520, 521, 524. etc also exhibits #1 thru #12).

These Defendants intentionally acted with deliberate indifference by denying Plaintiff prescribed medical treatment or going outside of their knowledge and purview. Ultimately they conspir-ed to create a narrative that it was Plaintiffs fault for the poor condition of his Right Knee and eventually pass blame as to who knew what which contradicts their own medical

records. Medical reports were signed by Defendants acknowledging their receipt of reports. Notes taken by defendants input on computer contradict or don't acknowledge condition of Plaintiffs right Knee. After the confusing meeting Plaintiff had with defendant Zachary Rottman, DO and the falsehoods told to him by Defendant Teresa Beddow, AA, and Fatu Turay, LPN., On 8-30-22 Plaintiff wrote an "inmate request" (which under these circumstances is an administrative remedy) to Capt. Dixon explaining to him what had happened earlier that day with Defendant Zachary Rottman, DO and the two nurses (see exhibit #12). Capt. Dixon didn't respond to the request, he Fowarded the request to the CCDC medical department which includes all the above named Defendants however the request was never acknowledged or responded to by medical. The claims I made in the request went unanswered by Prime Care Medical, Inc., PrimeCareMedical, Inc employees, or any official that

had knowledge of my situation.

The deliberate indifference that the defendants continued to act with demonstrated by not only their actions, but by the records they kept shows that they all are contributors to the condition of Plaintiffs Knee to this very day. Plaintiff suffers in pain and decreased health as a result of their denial, negligence, and delay to provide prescribed treatment.

PrimeCare Medical, Inc bears responsibility, because they repeatedly ignored their own policy of employee review and audit of patient care. PrimeCare Medical, Inc is liable for each of its employee's illicit actions. when they don't uphold company policy. PrimeCare Medical, Inc's violation of their own employee policy contributed to the poor condition and poor treatment of Plaintiffs Right Knee. They let their employees make decisions and prescriber care outside of their purview and knowledge. These lapses in policy violated Plaintiffs Eighth Amendment right to be free from

"unnecessary and wanton infliction of pain" by virtue of its guarantee against cruel and unusual punishment. They are sued in their Official and Individual capacity.

Note: On 9-8-22 I was finally taken to the contracted Physical Therapist that PrimeCareMedical, Inc uses directly across the street from the Charles County Detention Center. Since I was housed in the "defacto medical unit" that CCDC classified detainees to with a medical problem, I witnessed detainees be taken to this Physical Therapist Company that never had surgery. Once there (I was transported by two CCDC transport officers) the physical therapist (a male, I can't make out his name) told me "with the type of surgery you had you were suppose to start physical therapy right after the surgery, which was routine". He explained whenever a surgeon operates with a "nerve block" it is routine and consistent the patient start physical therapy immediately. Those were the exact instructions Dr. Adams sent to PrimeCareMedical, Inc and they ignored them. (see exhibits #1, #2, #8, #11)